**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHONG GEN WU,

    Plaintiff,

v.

JANET NAPOLITANO, et al.,

    Defendants.
                              /

No. C 09-02580 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on September 11, 2009 on the Federal Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 11, 2009 and a reply brief shall be filed by no later than August 18, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2009

                                                     _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE