| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHONG GENG WU, | ) | |
| | ) | No. C 09-2580 JSW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO RE-NOTICE OF** |
| | ) | **DEFENDANTS' MOTION TO DISMISS** |
| JANET NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| MICHAEL AYTES, Acting Deputy Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| CHRISTINA POULOS, Director, | ) | |
| California Service Center, USCIS; | ) | Date: October 2, 2009 |
| HILLARY CLINTON, Secretary of State, | ) | Time: 9:00 a.m. |
| | ) | Ctrm: 11, 19th Floor |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Defendants noticed a hearing on a motion to dismiss with the Court, which is presently scheduled for September 11, 2009.

2. The attorney for the Defendants is unavailable due to conflicting scheduling. Although another Assistant United States Attorney could attend in her place, counsel briefed the motion and would prefer to argue the motion.

3. Additionally, the parties believe this case might be administratively resolved without

Stipulation to Re-Notice
C09-2580 JSW                                   1

1 | further litigation because USCIS received Plaintiff's returned visa petition on August 13, 2009,
2 | from the National Visa Center.
3 |     Therefore, the parties respectfully ask this Court to re-notice Defendants' motion to dismiss to
4 | October 2, 2009.  If the case becomes moot, the parties will file a stipulation to dismiss.

Date: September 3, 2009                          Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                          /s/
                                                 ILA C. DEISS[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants



                                                          /s/
Date: September 3, 2009                          JUSTIN X. WANG
                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 4, 2009                          _____
                                                 JEFFREY S. WHITE
                                                 United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Re-Notice
C09-2580 JSW                                     2