```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHONG GENG WU,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JANET NAPOLITANO, Secretary, Department of Homeland Security;<br>MICHAEL AYTES, Acting Deputy Director, U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director, California Service Center, USCIS;<br>HILLARY CLINTON, Secretary of State,<br><br>　　　　　　Defendants. | No. C 09-2580 JSW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　　　The parties came before the Court on Defendants' motion to dismiss on October 2, 2009. Now, Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services agrees to promptly consider and act on Plaintiff's response to the Notice of Intent to Revoke Plaintiff's Form I-130 visa petition.

///

///

Stipulation to Dismiss
C09-2580 JSW　　　　　　　　　　　　　　　1

Each of the parties shall bear their own costs and fees.

Date: October 6, 2009                           Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                _____/s/_____
                                                ILA C. DEISS[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants


                                                _____/s/_____
Date: October 6, 2009                           JUSTIN X. WANG
                                                Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 7, 2009                           _____
                                                JEFFREY S. WHITE
                                                United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-2580 JSW                                    2